AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RYAN SWOOPE<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:22−mj−00251<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 11/14/2022<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RYAN SWOOPE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint

❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

RYAN SWOOPE Charges:
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

G. Michael Harvey

Digitally signed by G. Michael Harvey
Date: 2022.11.14 11:08:05 -05'00'

Date:     11/14/2022

*Issuing officer's signature*

City and state:          Washington, D.C.                         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)*  _____ .<br><br>Date:  _____                                  _____<br><br>                                                                                *Arresting officer's signature*<br><br>                                                                                _____<br>                                                                                *Printed name and title* |